Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA,

PLAINTIFF(S)

v.

Steven Emerson,

DEFENDANT(S).

CASE NUMBER

5:18-cr-00062-JGB

**NOTICE OF JURISDICTION / TREATY TRANSFER-IN**

To: All Parties/Counsel of Record

The Court has approved the
  ☑ supervised release
  ☐ probation
  ☐ treaty
transfer-in for the case referred to above.

The matter has been randomly assigned to United States ☑ District Judge ☐ Magistrate Judge _____
Jesus G. Bernal                                   for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U. S. District Court

2/22/2018
Date

By: I. Vazquez
Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (10/08)                 NOTICE OF JURISDICTION / TREATY TRANSFER-IN